IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:24CR3009 |
| vs. | |
| AUSTIN B. PRIEST | ORDER |
| Defendants. | |

Defendant has moved to continue Defendant's detention hearing which was scheduled for January 30, 2024, (Filing No. 30), because Defendant's counsel is unexpectedly out of the office. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 30), is granted. There is good cause to continue the detention hearing beyond the five day time period set forth in 18 U.S.C. § 3142(f)(2)(B).

2) The detention hearing previously scheduled to be held on January 30, 2024, is continued. The detention hearing will be held before the undersigned magistrate judge at 1:30 p.m. on February 13, 2024.

Dated this 30th day of January, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge